## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Lee SNELLENBERGER, aka Michael Lee Cutter, Michael Lee Davidson, Robert Eugene Frehly, Cutter Snellenberger, "Cutter", Defendant–Appellant.**

No. 06–50169.

United States Court of Appeals,
Ninth Circuit.

March 14, 2008.

Anne Gannon, Santa Ana, CA, Office of the U.S. Attorney, Michael J. Raphael, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Gail Ivens, Federal Public Defender's Office, Los Angeles, CA, Kelley Lane Munoz, Federal Public Defender's Office, Santa Ana, CA, for Defendant–Appellant.

D.C. No. CR–05–00064–AHS, Central District of California, Santa Ana.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

**Steven FISHER, Plaintiff–Appellee,**

and

**Sandra Fisher, Plaintiff,**

v.

**CITY OF SAN JOSE, Defendant–Appellant,**

and

**City of San Jose Police Department; Officer Boler; Officer Barnett; Officer Correa; Officer Esquivel; Officer Honda; Officer Kinsworthy; Officer O'brien; Officer Ryan; Officer Nguyen, Defendants.**

No. 04–16095.

United States Court of Appeals,
Ninth Circuit.

March 14, 2008.

Dennis A. Lempert, Esq., Santa Clara, CA, Donald E.J. Kilmer, Jr., Esq., Law Offices of Donald Kilmer, San Jose, CA, for Plaintiff–Appellee.

Clifford S. Greenberg, Esq., San Jose City Attorney's Office, San Jose, CA, for Defendant–Appellant.

D.C. No. CV–01–21192–PVT, Northern District of California, San Jose.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Russell Laroy HOLLAND,**
**Defendant–Appellant.**

No. 06–30258.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 8, 2007.

Filed March 17, 2008.

